IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT "BOSTON" WOODARD,

    Plaintiff,                  No. 2:09-cv-2145 JFM (PC)

    vs.

JOHN W. HAVILAND, et al.,

    Defendants.           <u>ORDER</u>

        Plaintiff is a state prisoner proceeding through counsel with a civil rights complaint pursuant to 42 U.S.C. § 1983. On August 5, 2009, plaintiff filed an ex parte application for temporary restraining order and for order to show cause regarding preliminary injunction, along with a request to have the matter set for hearing.

        Plaintiff is directed to serve a copy of the August 5, 2009 filings on defendant Warden John W. Haviland or provide a copy to the prison during the regular hours the warden is present by noon on Friday, August 7, 2009. Plaintiff shall also hand-serve a copy of plaintiff's August 5, 2009 filings on the Attorney General for the State of California by noon on Friday, August 7, 2009. Plaintiff's application will be set for hearing on Tuesday, August 11, 2009, at 11:00 a.m. in Courtroom #26 before the undersigned.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff shall serve a copy of the August 5, 2009 filings on defendant Warden John W. Haviland or provide a copy to the prison during the regular hours the warden is present by noon on Friday, August 7, 2009.

2. Plaintiff shall hand-serve a copy of plaintiff's August 5, 2009 filings on the Attorney General for the State of California by noon on Friday, August 7, 2009.

3. The August 5, 2009 application is set for hearing on Tuesday, August 11, 2009, at 11:00 a.m. in Courtroom #26 before the undersigned.

DATED: August 5, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; wood2145.hrg