IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT "BOSTON" WOODARD,

        Plaintiff,             No. 2:09-cv-2145 JFM (PC)

    vs.

JOHN W. HAVILAND, et al.,

        Defendants.       <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding through counsel with a civil rights complaint pursuant to 42 U.S.C. § 1983. Plaintiff's August 5, 2009 application for temporary restraining order and for order to show cause regarding preliminary injunction came on for hearing August 11, 2009. David Newdorf appeared for plaintiff. Monica N. Anderson, Deputy Attorney General, appeared for defendants. Plaintiff withdrew his request for temporary restraining order, and requested that the matter be set for hearing on plaintiff's request for preliminary injunction.

        Upon review of the documents on file at the time of the hearing, upon hearing the arguments of counsel and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1    This matter will be set for hearing on plaintiff's request for preliminary injunction

2    on September 10, 2009, at 1:30 p.m. in a Courtroom to be determined.  Defendants' brief shall be

3    filed on or before noon on Thursday, September 3, 2009.  Plaintiff's reply shall be filed on or

4    before noon on Tuesday, September 8, 2009.

5    DATED:  August 11, 2009.

6

7                                                    UNITED STATES MAGISTRATE JUDGE

8

9    /001; wood2145.oah

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2