IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT "BOSTON" WOODARD,

        Plaintiff,                    No. 2:09-cv-2145 JFM (PC)

    vs.

JOHN W. HAVILAND, et al.,

        Defendants.

_____/      <u>ORDER</u>

        Plaintiff is a state prisoner proceeding through counsel.  Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.  Plaintiff paid the filing fee.  This proceeding was referred to this court by Local Rule 72-302 pursuant to 28 U.S.C. § 636(b)(1).

        The complaint states a cognizable claim for relief pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b).  If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Service is appropriate for defendant Haviland.

        2. The Clerk of the Court shall send plaintiff one USM-285 form, one summons, an instruction sheet and a copy of the complaint filed August 3, 2009.

/////

1       5. Within thirty days from the date of this order, plaintiff shall complete the
2  attached Notice of Submission of Documents and submit the following documents to the court:
3           a. The completed Notice of Submission of Documents;
4           b. One completed summons;
5           c. One completed USM-285 form for defendant; and
6           d. Two copies of the endorsed complaint filed August 3, 2009.
7       6. Plaintiff need not attempt service on defendants and need not request waiver of
8  service.  Upon receipt of the above-described documents, the court will direct the United States
9  Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4
10 without payment of costs.
11 DATED: August 11, 2009.

UNITED STATES MAGISTRATE JUDGE

/001; wood2145.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT "BOSTON" WOODARD,

      Plaintiff,                        No. 2:09-cv-2145 JFM (PC)

    vs.

JOHN W. HAVILAND, et al.,         <u>NOTICE OF SUBMISSION</u>

      Defendants.                   <u>OF DOCUMENTS</u>

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____    completed summons form

      _____    completed USM-285 forms

      _____    copies of the _____
                                  Complaint

DATED:

                                       _____
                                       Plaintiff