UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

ROBERT "BOSTON" WOODARD,

        Plaintiff,                       No. 2:09-cv-2145 JFM (PC)

  vs.

JOHN W. HAVILAND, et al.,

        Defendants.           **ORDER & WRIT OF HABEAS CORPUS**
                                    /         **AD TESTIFICANDUM**

        On August 14, 2009, plaintiff filed a motion for petition for writ of habeas corpus ad testificandum. Good cause appearing, the request will be partially granted. Robert "Boston" Woodard, inmate #B-88207, a necessary and material witness in proceedings in this case on September 10, 2009, is confined in the California Correctional Center, 711-045 Center Road, P.O. Box 790, Susanville, CA 96130, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate to a room with videoconference capability on Thursday, September 10, 2009, at 1:30 p.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. Plaintiff's August 14, 2009 motion is partially granted;

        2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify via videoconference in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court;

        3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To:** The Warden/or Sheriff of name and address of institution:

        **WE COMMAND** you to produce the inmate named above to testify via videoconference before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court;

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: August 18, 2009.

*/s/ John F. Moulds*
UNITED STATES MAGISTRATE JUDGE

/001;wood2145.841