DAVID B. NEWDORF, State Bar No. 172960
NEWDORF LEGAL
220 Montgomery Street, Suite 1850
San Francisco, California 94104-4238
Telephone:    (415) 357-1234
Facsimile:    (866) 954-8448

Attorneys for Plaintiff
ROBERT "BOSTON" WOODARD

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT "BOSTON" WOODARD,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN W. HAVILAND, and DOES 1 through 30,<br><br>    Defendants. | Case No. 09-cv-02145-JFM<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION RECORD**<br><br>Hearing Date: September 10, 2009<br><br>Time:  1:30 p.m.<br><br>Judge:  Hon. John F. Moulds<br><br>Place:  8th Floor Courtroom,<br>501 I Street<br>Sacramento, CA 95814 |
|---|---|

NEWDORF LEGAL
220 Montgomery St. #1850
San Francisco, CA 94104
(415) 357-1234

STIPULATION AND [PROPOSED] ORDER REGARDING PRELIMINARY INJUNCTION RECORD
CASE NO. 09-CV-02145-JFM

# STIPULATION

The undersigned parties, through counsel, STIPULATE and AGREE that the previously filed declarations submitted by all parties be deemed part of the record in support of plaintiff's motion for preliminary injunction and defendant's opposition thereto, together with all evidence received and/or admitted at the hearing, subject to any rulings on objections made by the Court at the hearing. The parties by this stipulation do not intend in any way to constrain or limit the Court's power to control the admission of evidence or to rule on the admissibility of evidence.

**STIPULATED AND AGREED:**

Date:  September 18, 2009              **ATTORNEY GENERAL OF CALIFORNIA**


By:  /s/*Monica N. Anderson*
MONICA N. ANDERSON
Supervising Deputy Attorney General
Attorneys for Defendants

**NEWDORF LEGAL**

By:  /s/*David B. Newdorf*
DAVID B. NEWDORF
Attorneys for Plaintiff

# ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  October 8, 2009.

/s/ John F. Moulds
John F. Moulds
U.S. Magistrate Judge

/woodard.stip