# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

ROBERT "BOSTON" WOODARD,

        Plaintiff,        Case No. 2:09-CV-2145-LKK-JFM

vs.

JOHN W. HAVILAND,

        Defendant.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

_____/

        Robert "Boston" Woodard, inmate # B-88207, a necessary and material witness in proceedings in this case on May 17, 2010, is confined in California Correctional Center, 711-045 Center Road, Susanville, California, 96130, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Kendall J. Newman, to appear by teleconference at California Correctional Center, on Monday, May 17, 2010 at 9:00 a.m.

        ACCORDINGLY, IT IS ORDERED that:

        1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate by teleconference in a mediation conference at the time and place above, until completion of the mediation conference or as ordered by Judge Newman; and

        2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Correctional Center, P. O. Box 790, Susanville, California, 96127:**

        **WE COMMAND** you to produce the inmate named above to testify before Judge Newman by teleconference at the time and place above, until completion of the mediation conference or as ordered by Judge Newman.

        **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: May March 8, 2010.

                                        UNITED STATES MAGISTRATE JUDGE

/sp014.wood2145.841