UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT "BOSTON" WOODARD, | No. 2:09-CV-02145-LKK-JFM |
| Plaintiff, | |
| vs. | |
| JOHN W. HAVILAND, | |
| Defendant. | ORDER |

Plaintiff is a prisoner proceeding through counsel with an action under 42 U.S.C. § 1983.  This case will be referred to Magistrate Judge Kendall J. Newman to conduct a settlement conference on May 17, 2010 at 9:00 a.m. in Courtroom #25.  Plaintiff is to appear by counsel and participate by telephone at the institution.

In accordance with the above, IT IS HEREBY ORDERED that:

1. This case is set for mediation before Magistrate Judge Kendall J. Newman on May 17, 2010 at 9:00 a.m. at the U.S. District Court, 501 I Street, Sacramento, California in Courtroom #25;

2. Parties are to appear with full settlement authority; and

/////

/////

1

3. The parties are to provide confidential settlement conference statements to Sujean Park, ADR and Pro Bono Program Director, 501 I Street, Suite 4-200, Sacramento, California 95814 no later than May 7, 2010.

DATED: March 8, 2010.

*[signature]*
UNITED STATES MAGISTRATE JUDGE

sp014.wood2145.med