IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT "BOSTON" WOODARD,

        Plaintiff,                      No. 2:09-cv-2145 LKK JFM (PC)

   vs.

JOHN W. HAVILAND, et al.,

        Defendants.              <u>ORDER</u>

_____/

        On January 11, 2011, the parties filed a stipulation to extend the time for defendant Haviland's response to plaintiff's motion for summary judgment and to continue the hearing set forth in that matter, currently scheduled for January 27, 2011.  Having reviewed the stipulation of the parties, and good cause appearing, IT IS HEREBY ORDERED that:

        1.  Defendant shall file an opposition to plaintiff's motion for summary judgment on or before January 27, 2011, and

        2.  The scheduled hearing date of January 27, 2011 for the parties' cross-motions for summary judgment is continued to February 17, 2011.

DATED: January 13, 2011.

                                            UNITED STATES MAGISTRATE JUDGE

/014;wood2145.eot