IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT "BOSTON" WOODARD,

        Plaintiff,                No. 2:09-cv-2145 LKK JFM (PC)

   vs.

JOHN W. HAVILAND, et al.,

        Defendants.         <u>ORDER</u>

        Having reviewed the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

        1. On January 14, 2011, the court continued the hearing on the parties' cross-motions for summary judgment to February 17, 2011.  Due to the unavailability of counsel, the hearing is hereby moved to March 17, 2011 at 11:00 a.m. in courtroom 26.

        2. The parties' oppositions to the cross-motions for summary judgment will be filed on or before March 3, 2011.

DATED: January 27, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;wood2145.eot2