1

2

3

4

5

6

7                        IN THE UNITED STATES DISTRICT COURT

8                    FOR THE EASTERN DISTRICT OF CALIFORNIA

9    ROBERT "BOSTON" WOODARD,

10             Plaintiff,                    No. 2:09-cv-2145 LKK JFM (PC)

11        vs.

12   JOHN W. HAVILAND, et al.,

13             Defendants.            ORDER

14   _____/

15             On March 18, 2011, a hearing was held before the undersigned on the parties'

16   cross motions for summary judgment.  At the hearing, counsel for plaintiff represented that the

17   parties stipulated to dismissal of this action so that plaintiff may exhaust his administrative

18   remedies.  Also at the hearing, counsel for plaintiff moved the court to waive the filing fee for

19   the refiling of this action once administrative remedies have been exhausted.  Plaintiff filed a

20   supplemental letter brief concerning this issue later that day with citation to relevant case law.

21             Upon review, the undersigned finds that a waiver of the filing fee is warranted in

22   this case because of the unique circumstances surrounding the initiation of this action – that is,

23   plaintiff filed this action in conjunction with a motion for a temporary restraining order so as to

24   evoke the court's equitable powers to issue an injunction preventing plaintiff's transfer to

25   another prison.  See Tvelia v. Dep't of Corr., 2004 WL 298100 (D.N.H. 2004).  In light of that

26   procedural posture, plaintiff's motion to waive the filing fee is granted.

1             Based thereon, IT IS HEREBY ORDERED that:

2                 1.     All dates currently set in this matter are hereby vacated;

3                 2.     Dispositional documents shall be filed no later than thirty days from the

4                          date of this order; and

5                 3.     Upon the exhaustion of administrative remedies and the refiling of this

6                          matter, the filing fee is waived.

7  DATED: March 31, 2011.

8

9                                 UNITED STATES MAGISTRATE JUDGE

10

11  **/014;wood2145.dism**

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26