IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT "BOSTON" WOODARD,

    Plaintiff,                    No. 2:09-cv-2145 LKK JFM (PC)

    vs.

JOHN W. HAVILAND, *et al.*,

    Defendants.
_____/

ROBERT "BOSTON" WOODARD,

    Plaintiff,                    No. 2:11-cv-1807 GEB JFM (PC)

    vs.

JOHN W. HAVILAND, *et al.*,

    Defendants.                <u>RELATED CASE ORDER</u>
_____/

        The court has received the Notice of Related Cases filed July 8, 2011. Examination of the above-entitled actions reveals that the actions are related within the meaning of Local Rule 123(a). The actions involve the same parties, and are based on the same or similar claims, the same property, transaction or event, the same questions of fact and the same question of law. Accordingly, the assignment of the matters to the same judge and magistrate judge is

1

1  likely to effect a substantial savings of judicial effort and is also likely to be convenient for the
2  parties.
3        The parties should be aware that relating the cases under Local Rule 123 merely
4  has the result that actions are assigned to the same judge and magistrate judge; no consolidation
5  of the actions is effected.  Under the regular practice of this court, related cases are generally
6  assigned to the judge and magistrate judge to whom the first filed action was assigned.
7        IT IS THEREFORE ORDERED that the action denominated CIV. NO. 2:11-cv-
8  1807-GEB-JFM be, and the same hereby, reassigned to Judge Lawrence K. Karlton for all
9  further proceedings.  Henceforth, the caption on documents filed in the reassigned case shall be
10 shown as CIV. NO. 2:11-cv-1807-LKK-JFM.
11       IT IS FURTHER ORDERED that the Clerk of the Court make appropriate
12 adjustment in the assignment of civil cases to compensate for this reassignment.
13       IT IS SO ORDERED.
14 DATED: September 29, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;wood2145.relate

2